UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-8845 ODW(CWx) | Date | January 5, 2011 |
|---|---|---|---|
| Title | Angela Schnurer v. Hillary Rodham Clinton | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   **Order to Show Cause re Case Settlement**

The Court has granted the Stipulation for Settlement [19] filed January 4, 2011 by way of its January 5, 2011 Order [21]. The Court orders the parties to show cause why settlement has not been finalized and sets a hearing on the matter for **Monday, March 7, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Jury Trial scheduled for March 29, 2011 at 9;00 a.m., as well as all related pretrial hearing dates and filing deadlines, are hereby VACATED.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |